# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.

VERSUS

AMEDISYS, INC. AND JASON
ABATE

NO.  2022 CW 0655

**AUGUST 12, 2022**

---

In Re:     Allied World Assurance Company (U.S.) Inc., applying
           for supervisory writs, 19th Judicial District Court,
           Parish of East Baton Rouge, No. 705539.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT GRANTED.** The December 22, 2021 judgment, which sustained the exceptions of no cause of action and vagueness as to defendant and plaintiff-in-reconvention's, Jason Abate, reconventional demand and did not provide for leave to amend but dismissed the reconventional demand with prejudice, is a final appealable judgment. See La. Code Civ. P. art. 1915(A)(4) and La. Code Civ. P. art. 1038. A final judgment may not be amended to effect a substantive change except on application for new trial, action for nullity, or timely appeal. See **State ex rel. Dept. of Soc. Serv. v. A.P.P., 2002-2372 (La. App. 1st Cir. 6/20/03), 858 So.2d 498, 503.** Changing "without prejudice" to "with prejudice" is a substantive change. **Id.** Thus, the June 1, 2022 amended judgment is an absolute nullity. Therefore, we grant this writ application and vacate the trial court's June 1, 2022 judgment.

                        **VGW**
                        **JMG**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT